UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x
SAUL DOMINGUEZ-AGUIRRE and GABINO ORTIZ,

           Plaintiff,

  -against-

277 GOLD INC., DOWNTOWN ALEHOUSE LTD.,
SALVATORE BARRETTA, SHARNAY T. ADAM,
PAUL HURLEY, and DARTGANT F. LAMB.

           Defendants.
------------------------------------------------------------------------- x

REPORT & RECOMMENDATION

15-CV-4931 (CBA) (SMG)

GOLD, STEVEN M., U.S. Magistrate Judge:

    Plaintiffs move for a judgment based on the settlement agreement previously entered into by plaintiffs and defendants 277 Gold Inc., Downtown Alehouse Ltd., and Salvatore Barretta (collectively referred to herein as "defendants") and approved by this Court, *see* Dkt. 74. Mot. for Judgment Based on Settlement, Dkt. 75. Plaintiffs claim that defendants have failed to make a one-time lump-sum payment of $17,000 that was due on March 28, 2020, *id* at 1, and propose that the Court enter a judgment requiring defendants to make that payment plus pre- and post-judgment interest, Proposed Judgment, Dkt. 75-1. By Order dated June 30, 2020, United States District Judge Amon referred plaintiffs' motion to me for Report and Recommendation.

    I held a telephone conference with the parties on July 14, 2020, during which I gave defendants an opportunity to either oppose plaintiffs' motion or consent to the entry of the judgment sought by plaintiffs. Dkt. 76. Plaintiffs submitted a letter on July 18, 2020, informing the Court that defendants had consented to the Proposed Judgement and agreed to a payment plan whereby they would make the full payment over a period of six months. Pls.' Ltr. of July 18, Dkt. 77; *see also* Defs.' Ltr. of July 18, Dkt. 78. Plaintiffs submitted the calculations of the

pre-judgment interest defendants agreed to pay on July 22, 2020. Pls.' Ltr. of July 22 at 2–3, Dkt. 79.

Accordingly, I respectfully recommend granting plaintiffs' motion for judgment based on the settlement. More specifically, I recommend adopting plaintiffs' Proposed Judgment and awarding plaintiffs the principal amount of $17,000, in addition to a total of $486.25 in pre-judgment interest, as calculated in the chart below.

|  | Total Due Under the Settlement | Pre-Judgment Interest | Total with Pre-Judgment Interest |
|---|---|---|---|
| Pl. Dominguez-Aguirre | $ 7,108.75 | $ 203.33 | $ 7,312.08 |
| Pl. Ortiz | $ 2,923.77 | $ 83.63 | $ 3,007.40 |
| Law Office of Zeller | $ 6,967.48 | $ 199.29 | $ 7,166.77 |
| **Total** | **$ 17,000.00** | **$ 486.25** | **$ 17,486.25** |

Any objections to the recommendations made in this Report must be made within fourteen days after filing of this Report and Recommendation and, in any event, on or before August 7, 2020. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). Failure to file timely objections may waive the right to appeal the District Court's order. *See Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989) (discussing waiver under the former ten-day limit). Counsel for plaintiffs shall serve a copy of this Report and Recommendation on defendants by letter and promptly file proof of service with the Court.

/s/
STEVEN M. GOLD
United States Magistrate Judge

Brooklyn, New York
July 24, 2020

U:\#ECC 2019-2020\15-cv-4931 Dominguez R&R\15-cv-4931 Dominguez R&R FINAL.docx